UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RAFAEL MARAVILLAS,

    Defendant.
_____/

Criminal Case No. 10-20338
Civil Case No. 14-12361

Paul D. Borman
United States District Judge

R. Steven Whalen
United States Magistrate Judge

**ORDER ADOPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE TO DENY BOTH DEFENDANTS' MOTION TO VACATE/CORRECT SENTENCE PURSUANT TO 28 U.S.C. § 2255 (Dkt. #481) AND HIS AMENDED MOTION (Dkt. #502)**

The Court, having read the comprehensive excellent opinion of Magistrate Judge R. Steven Whalen, adopts that Report and Recommendation denying Defendant's Motions.

SO ORDERED.

DATED: NOV 0 1 2018

PAUL D. BORMAN
UNITED STATES DISTRICT JUDGE